# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Quinones Alejandro, Nitza I. | Eastern District of Pennsylvania | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Federal Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | GonQuin LLC |
| 2. | General Partner | Sanjuanita Gonzalez and Nitza Quinones Partnership |
| 3. | General Partner | 2007 E. Ontario L.P. |
| 4. | | |
| 5. | | |
| 6. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quinones Alejandro, Nitza I. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Commonwealth of Pennsylvania State Retirement System | $113,014.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self employment- Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Philadelphia Bar Association, 2019 Bench Bar Conference | October 11-12, 2019 | Atlantic City, New Jersy | Annual Conference | Accommodation and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quinones Alejandro, Nitza I.** | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental Property #1, Part VII , line 26 | J |
| 2. | Bank of America | Mortgage on rental Property #2, Part VII , line 27 | K |
| 3. | Bank of America | Mortgage on rental Property #3, Part VII , line 28 | J |
| 4. | Bank of America | Loan | J |
| 5. | Discover | Loan | K |
| 6. | | | |
| 7. | | | |
| 8. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quinones Alejandro, Nitza I.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pentagon Federal Credit Union | B | Dividend | M | T | | | | | |
| 2. Depatment of VA Federal Creddit Union | A | Int./Div. | L | T | | | | | |
| 3. Bershire Hathawy B | A | Dividend | J | T | | | | | |
| 4. BNY Mellon formerly Dreyfus Money Market | B | Dividend | L | T | | | | | |
| 5. BNY Mellon formerly Dreyfus Opportunity Small Cap | A | Dividend | K | T | | | | | |
| 6. BNY Mellon formerly Dreyfus Liquid Assets | B | Dividend | J | T | | | | | |
| 7. BNY Mellon formerly Dreyfus Discipline Stock Fund | A | Dividend | J | T | | | | | |
| 8. Fidelity Managment Account | A | Dividend | L | T | | | | | |
| 9. Fidelity Cash Reserve IRA account | A | Dividend | J | T | | | | | |
| 10. Fidelity Worldwide | A | Dividend | K | T | | | | | |
| 11. Fidelity Equity Interst | A | Dividend | K | T | | | | | |
| 12. Prudential Jennison Value | A | Dividend | K | T | | | | | |
| 13. Prudential Jennison Small Company | A | Dividend | K | T | | | | | |
| 14. Prudential JennisonMid-Cap | A | Dividend | J | T | | | | | |
| 15. Prudential Jennison Blend | A | Dividend | K | T | | | | | |
| 16. Prudentia Sector-Int Utility | A | Dividend | J | T | | | | | |
| 17. Prudentia OMA International Equity A | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quinones Alejandro, Nitza I.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Prudential stock | A | Dividend | J | T | | | | | |
| 19. Vanguard European Stock Index | A | Dividend | J | T | | | | | |
| 20. Vanguard Growth Index | A | Dividend | J | T | | | | | |
| 21. Vanguard Prime Cap | A | Dividend | K | T | | | | | |
| 22. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 23. Franklin Templeton-Mutual Shares | B | Dividend | K | T | | | | | |
| 24. DPEC stock certificate | A | Interest | J | T | | | | | |
| 25. IBOC stock | A | Dividend | K | T | | | | | |
| 26. Citibank stocks | A | Dividend | J | T | | | | | |
| 27. Rental Property #1, Philadelphia, PA | D | Rent | L | W | | | | | |
| 28. Rental Property #2, Philadelphia, PA | D | Rent | L | W | | | | | |
| 29. Rental Property #3, Philadelphia, PA | D | Rent | L | W | | | | | |
| 30. Rental Property #4, Philadelphia, PA | D | Rent | L | W | | | | | |
| 31. Estate #1 | | | | | | | | | |
| 32. -Real estate Sabana grande, PR | | | L | W | | | | | |
| 33. -Pentagon Federal Credit Union savings account | A | Int./Div. | K | T | | | | | |
| 34. Ishares Core Aggressive Allocation ETF(X) | C | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quinones Alejandro, Nitza I. | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Quinones Alejandro, Nitza I. | 05/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nitza I. Quinones Alejandro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544